UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

SAINT EDWARD'S UNIVERSITY, INC.,

           Defendant.

------------------------------------- x

No.: 1:23-cv-10441

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SAINT EDWARD'S UNIVERSITY, INC.,, without prejudice and without fees and costs.

Dated: New York, New York
January 31, 2024

           **GOTTLIEB & ASSOCIATES PLLC**

           */s/Michael A. LaBollita, Esq.*

           Michael A. LaBollita, Esq., (ML-9985)
           150 East 18th Street, Suite PHR
           New York, NY 10003
           Phone: (212) 228-9795
           Fax: (212) 982-6284
           Michael@Gottlieb.legal

           *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge